

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | | |
| | § | No. 08-22-00104-CV |
| MVT SERVICES, LLC d/b/a MESILLA | | |
| VALLEY TRANSPORTATION, and | § | AN ORIGINAL PROCEEDING |
| CHARLES ANTHONY ALEXANDER, | | |
| | § | IN MANDAMUS |
| Relators. | | |
| | § | |

## MEMORANDUM OPINION

Relators, MVT Services, LLC d/b/a Mesilla Valley Transportation, and Charles Anthony Alexander filed a petition for writ of mandamus, complaining of the 205th District Court for El Paso County's order of May 17, 2022, which denied a motion to compel a rule 204.1 medical examination. Relators also filed an emergency motion seeking a stay of the trial court proceedings below.

On June 30, 2022, Relators filed an unopposed motion to dismiss the Mandamus and the Motion for Emergency Relief, stating that the parties have reached an agreement that moots the issue subject to the Mandamus. *See* TEX.R.APP.P. 42.1(a)(1).

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We

1

further deny the motion for emergency relief as moot.

JEFF ALLEY, Justice

July 6, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.